Case 5:10-cv-01048-DDP-PLA  Document 51  Filed 06/07/13  Page 1 of 1  Page ID #:695

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RALPH R. McMORAN,<br><br>    Petitioner,<br><br>  v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Respondents. | No. ED CV 10-1048-DDP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/7/2013

                   HONORABLE DEAN D. PREGERSON
                   UNITED STATES DISTRICT JUDGE