# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RALPH R. McMORAN, | No. ED CV 10-1048-DDP (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DIRECTOR OF CORRECTIONS, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/7/2013

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE